*Anthony V. Lombardino*
*Attorney at Law*

(718) 849-7272
Fax: (718) 805-6532

D/F

101-05 Lefferts Boulevard
Richmond Hill, New York 11419

JUNE 2 2006

Ronald Krome
Legal Assistant

May 24, 2006

VIA FASCIMILE

Honorable Allyne R. Ross
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

*Application granted.*
*So ordered.* s/Allyne Ross USDJ
5/25/06
cc: Counsel
PTSO Vazquez

Re: **United States of America v. Michael Arboleda**
Cr. No. 06-0842 (ARR)

Dear Judge Ross:

Please permit this communication to act as my application seeking permission for my client above named Michael Arboleda to extend his travel in that he wishes to leave New York on May 30, 2006, and he will be returning on June 5, 2006. He will be staying at the Palm Hotel in Las Vegas, Nevada.

I have spoken to Assistant United States America Scott Morvillo and he consents to this travel all subject to your Honor's approval.

Respectfully submitted,

ANTHONY V. LOMBARDINO

cc: A.U.S.A. Scott Morvillo (Via facsimile)